# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

TIMOTHY RODENIUS AND THE PEOPLE,

      Petitioners

        v.

COMMONWEALTH OF PENNSYLVANIA AND THOMAS G. SAYLOR,

      Respondents

:  No. 91 WM 2015

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 5th day of February, 2016, the Application for Leave to File Original Process is **GRANTED** and the Petition for Writ of <u>Quo Warranto</u> and Mandamus is **DENIED**.

    Mr. Chief Justice Saylor and Mr. Justice Eakin did not participate in the consideration or decision of this matter.